Rec# 2858

Date:  10/13/10

# DIVIDENDS REMITTED TO THE COURT

Check Number 2008 Dated 10/13/10

Case Number 10-32111 - LARSON, KENNETH A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Security State Bank of Wannamingo<br>232 Main St<br>Wanamingo MN 55983<br>  55-51 | 000002A | 304.43 | 4.29 |
| ---------- Remittance Total ---------- | | 304.43 | 4.29 |

MICHAEL J. IANNACONE, Trustee

COURTI

Printed: 10/13/10 09:46 AM    Ver: 16.00